101 A.3d 780

**Omar JACKSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, et al., District Attorney of Philadelphia County, et al., Respondents.**

**No. 120 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief and **GRANTED** to the extent it requests mandamus relief. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.